# CITY OF ORANGE BEACH
# BUILDING PERMIT

№ 2572

4-28-98

*Applicant to complete numbered spaces only.*

**1. JOB ADDRESS**
24114 Perdido Beach Blvd

**LEGAL DESCR.** — LOT NO. | BLK | TRACT — ☐ SEE ATTACHED SHEET
Four Winds Condominium

**2. OWNER** — Four Winds LLC
MAIL ADDRESS: 401 Gulf Shores Pkwy  ZIP: GS AL 36542  PHONE: 948-4444

**3. CONTRACTOR** — Coastal Builders  56 Midtown Park West  Mobile AL 36606  476-5064  REGISTRATION NO. Al #1095112 exp 12-98

**4. ARCHITECT OR DESIGNER** — Henry Norris & Assoc.

**5. ENGINEER** — Paul Hazuka, Sam Johnson, Chris Olsen

**6. LENDER**

**7. USE OF BUILDING** — multi-family dwelling

**8. Class of work:** ☒ NEW  ☐ ADDITION  ☐ ALTERATION  ☐ REPAIR  ☐ MOVE  ☒ REMOVE

**9. Describe work:** construct 9-story, 36-unit, multi-family dwelling on concrete pilings

EXHIBIT B

**10. Valuation of work:** $ 3,000,000.00

PLAN CHECK FEE 3,330.00  PERMIT FEE 6,660.00

**SPECIAL CONDITIONS:** Code Section 104.3.2 applies — structural inspections to be done by engineer and reports submitted to building dept [illegible]

| | | |
|---|---|---|
| Type of Const. II | Occupancy Group R2 | Division N/A |
| Size of Bldg. (Total) Sq. Ft. | No. of Stories 9 | Max. Occ. Load N/A |
| Fire Zone N/A | Use Zone RM-2 | Fire Sprinklers Required ☒ Yes ☐ No |
| No. of Dwelling Units 36 | OFFSTREET PARKING SPACES: Covered | Uncovered 54 req'd |

**APPLICATION ACCEPTED BY:** 3-4-98
**PLANS CHECKED BY:** Hunger 3-7-98  H Robinson 4-6-98
**APPROVED FOR ISSUANCE BY:**

## NOTICE
SEPARATE PERMITS ARE REQUIRED FOR ELECTRICAL, PLUMBING, HEATING, VENTILATING OR AIR CONDITIONING.
THIS PERMIT BECOMES NULL AND VOID IF WORK OR CONSTRUCTION AUTHORIZED IS NOT COMMENCED WITHIN 6 MONTHS, OR IF CONSTRUCTION OR WORK IS SUSPENDED OR ABANDONED FOR A PERIOD OF 6 MONTHS AT ANY TIME AFTER WORK IS COMMENCED.

I HEREBY CERTIFY THAT I HAVE READ AND EXAMINED THIS APPLICATION AND KNOW THE SAME TO BE TRUE AND CORRECT. ALL PROVISIONS OF LAWS AND ORDINANCES GOVERNING THIS TYPE OF WORK WILL BE COMPLIED WITH WHETHER SPECIFIED HEREIN OR NOT, THE GRANTING OF A PERMIT DOES NOT PRESUME TO GIVE AUTHORITY TO VIOLATE OR CANCEL THE PROVISIONS OF ANY OTHER STATE OR LOCAL LAW REGULATING CONSTRUCTION, OR THE PERFORMANCE OF CONSTRUCTION.

SIGNATURE OF CONTRACTOR OR AUTHORIZED AGENT (DATE)

SIGNATURE OF OWNER (IF OWNER BUILDER) (DATE)

| Special Approvals | Required | Received | Not Required |
|---|---|---|---|
| ZONING | | | |
| HEALTH DEPT. | | | |
| FIRE DEPT. | | | |
| SOIL REPORT | | | |
| OTHER (Specify) | | | |
| | $6,660.00 permit fee | | |
| | 3,330.00 plan ck fee | | |
| | 20.00 issue fee | | |
| | $10,010.00 Total | | |
| | − 3,330.00 (ck # 1301) | | |
| | $ 6,680.00 Balance due | | |

Fourwinds
05-050/202075

WHEN PROPERLY VALIDATED (IN THIS SPACE) THIS IS YOUR PERMIT

PLAN CHECK VALIDATION   CK.   M.O.   CASH       PERMIT VALIDATION   CK   M.O.   CASH

1001

White Original | Green Assessor | Yellow Audit | Pink Applicant | Golden Rod Temp. File

