BILLED COMPLETE _____

DATE _____

JOB NAME Fourwinds Condos          JOB PHONE _____
JOB ADDRESS 24114 Perdido Blvd     SUPER Dave Eldrid
STREET ~~Gulf Shores, AL~~
Orange Beach, AL

CONTRACTOR Coastal Builders

INSURANCE CERTIFICATE RECEIVED 10/19/98
CONTRACT RETURNED 10/21/98 - 11/26/98
CONTRACT AMOUNT $ 70,177.00

4-5-99

8-24-99

| DRAWS | | AMOUNT | AMOUNT LEFT TO BE BILLED |
|---|---|---|---|
| INVOICE # 30113 (2-24-99) | | $ 31,579.65 | $ 38,597.35 |
| # 30870 5-19 | | $ 31,579.65 | $ 7,017.70 |
| # 30901 | | $ 7,017.70 | $ |
| # | | $ | $ |
| # | | $ | $ |

CHANGE ORDERS IN ADDITION TO CONTRACT _____

RETAINAGE
INVOICE # _____         AMOUNT $ _____
       # _____                 $ _____
       # _____                 $ _____

WARRANTY START DATE 6-30-99
WARRANTY END DATE _____

EXHIBIT C